The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9   RASHMI MANSUR, SWETHA KRISHNAN,        Case No. 2:22-cv-01675-BJR
    RUCHIR KHANDELWAL, AND ANUPAM
10  AWAL,
                                           JOINT STIPULATION AND ORDER TO
11                       Plaintiffs,       EXTEND DEADLINE

12            v.                           NOTED FOR CONSIDERATION:
                                           MARCH 6, 2023
13  U.S. DEPARTMENT OF HOMELAND
    SECURITY, a federal agency, U.S.
14  CITIZENSHIP AND IMMIGRATION
    SERVICES, a federal agency, and UR
15  MENDOZA JADDOU,

16                       Defendants.

17        The parties, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16,

18  hereby jointly stipulate and move to extend Defendants' time to respond to the Complaint until

19  April 7, 2023.   Plaintiffs are foreign nationals who bring this litigation pursuant to the

20  Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S.

21  Citizenship and Immigration Services to adjudicate their visa applications.   *See* Dkt. 1.

22  Defendants have yet to answer the Complaint.

23        A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial

24  and trial dates is within the discretion of the trial judge.  *See King v. State of California*,

784 F.2d 910, 912 (9th Cir. 1986).  The parties are currently working in good faith to determine whether this case may be resolved without further litigation.  To give the parties time to discuss potential resolution of this case, as well as allow the government additional time for further administrative processing, as needed, the parties stipulate and jointly request that the Court extend Defendants' time to respond to the Complaint until April 7, 2023.

SO STIPULATED.

Dated this 6th day of March, 2023.

FOX ROTHSCHILD LLP


*s/ Al Roundtree*
AL ROUNDTREE, WSBA #54851
1001 Fourth Ave, Suite 440
Seattle, WA 98154
Phone: 206-624-3600
Fax: 206-389-1708
Email: ARoundtree@FoxRothschild.com


FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

*s/ Daniel P. Pierce*
Daniel P. Pierce (Pro Hac Vice)

*s/ Carl W. Hampe*
Carl W. Hampe (Pro Hac Vice)
1101 15th Street NW, Suite 700
Washington, DC 20005
Phone: 202-223-5515
Email: dpierce@fragomen.com
Email: champe@fragomen.com

*Attorneys for Plaintiffs*

NICHOLAS W. BROWN
United States Attorney

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 192 words, in compliance with the Local Civil Rules.

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
2:22-cv-01675-BJR
PAGE – 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1

**ORDER**

2
The parties having stipulated and agreed, it is hereby so ORDERED.

3

4
DATED this 13th day of March, 2023.

5

6
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
2:22-cv-01675-BJR
PAGE – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970