1

The Honorable Barbara J. Rothstein

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9    RASHMI MANSUR, SWETHA KRISHNAN,        Case No. 2:22-cv-01675-BJR
     RUCHIR KHANDELWAL, AND ANUPAM
10   AWAL,

11                                          JOINT STIPULATION AND
                    Plaintiffs,             ORDER TO EXTEND DEADLINE

12          v.

13   U.S. DEPARTMENT OF HOMELAND
     SECURITY, a federal agency, U.S.
14   CITIZENSHIP AND IMMIGRATION
     SERVICES, a federal agency, and UR
15   MENDOZA JADDOU,

16                  Defendants.

17

18         The parties, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16,

19   hereby jointly stipulate and move to extend Defendants' time to respond to the Complaint until

20   May 5, 2023.    Plaintiffs are foreign nationals who bring this litigation pursuant to the

21   Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S.

22   Citizenship and Immigration Services to adjudicate their visa applications. *See* Dkt. 1; Dkt. 14.

23   Defendants have yet to answer the Amended Complaint.

24

JOINT STIPULATION AND                                      UNITED STATES ATTORNEY
ORDER TO EXTEND DEADLINE  2:22-                            700 STEWART STREET, SUITE 5220
cv-01675-BJR                                               SEATTLE, WASHINGTON 98101
PAGE – 1                                                   (206) 553-7970

1    A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial

2    and trial dates is within the discretion of the trial judge.  *See King v. State of California*,

3    784 F.2d 910, 912 (9th Cir. 1986).  The parties are currently working in good faith to determine

4    whether this case may be resolved without further litigation.  Since the last extension, USCIS has

5    determined to interview Plaintiff Krishnan.  To give the parties time to discuss potential resolution

6    of this case, as well as allow the government additional time for further expedited administrative

7    processing of Plaintiff Krishnan's case, the parties stipulate and jointly request that the Court

8    extend Defendants' time to respond to the Complaint until May 5, 2023.

9        SO STIPULATED.

10       Dated this 20th day of April, 2023.

11   FOX ROTHSCHILD LLP                         NICHOLAS W. BROWN
                                                United States Attorney
12
     *s/ Al Roundtree*                          *s/ Katie D. Fairchild*
13   AL ROUNDTREE, WSBA #54851                  KATIE D. FAIRCHILD, WSBA #47712
     1001 Fourth Ave, Suite 440                 Assistant United States Attorney
14   Seattle, WA 98154                          United States Attorney's Office
     Phone: 206-624-3600                        700 Stewart Street, Suite 5220
15   Fax: 206-389-1708                          Seattle, Washington 98101-1271
     Email: ARoundtree@FoxRothschild.com        Phone: 206-553-7970
16                                              Fax: 206-553-4073
                                                Email: katie.fairchild@usdoj.gov
17   FRAGOMEN, DEL REY, BERNSEN & LOEWY,
     LLP                                        *Attorneys for Defendants*
18
                                                I certify that this memorandum contains
19   *s/ Carl W. Hampe*                         202 words, in compliance with the Local
     Carl W. Hampe (Pro Hac Vice)               Civil Rules.
20   Daniel P. Pierce (Pro Hac Vice)
     1101 15th Street NW, Suite 700
21   Washington, DC 20005
     Phone: 202-223-5515
22   Email: dpierce@fragomen.com
     Email: champe@fragomen.com
23
     *Attorneys for Plaintiffs*
24

1

**ORDER**

2          The parties having stipulated and agreed, it is hereby so ORDERED.

3

4          DATED this 21st day of April, 2023.

5

6                                        BARBARA J. ROTHSTEIN

7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JOINT STIPULATION AND
ORDER TO EXTEND DEADLINE  2:22-
cv-01675-BJR
PAGE – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970