The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHMI MANSUR, SWETHA KRISHNAN, RUCHIR KHANDELWAL, AND ANUPAM AWAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency, and UR MENDOZA JADDOU,<br><br>Defendants. | Case No. 2:22-cv-01675-BJR<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEADLINE |

The parties, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move to extend Defendants' time to respond to the Complaint until June 20, 2023. Plaintiffs are foreign nationals who bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services to adjudicate their visa applications. *See* Dkt. 1; Dkt. 14. Defendants have yet to answer the Amended Complaint.

JOINT STIPULATION AND
ORDER TO EXTEND DEADLINE 2:22-
cv-01675-BJR
PAGE – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties are currently working in good faith to determine whether this case may be resolved without further litigation. One remaining plaintiff is scheduled for an interview with Defendant USCIS on May 30, 2023. To give the parties time to discuss potential resolution of this case, as well as allow the government additional time for further expedited administrative processing of that plaintiff's case, the parties stipulate and jointly request that the Court extend Defendants' time to respond to the Complaint until June 20, 2023.

SO STIPULATED.

Dated this 2nd day of May, 2023.

| | |
|---|---|
| FOX ROTHSCHILD LLP | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Al Roundtree*<br>AL ROUNDTREE, WSBA #54851<br>1001 Fourth Ave, Suite 440<br>Seattle, WA 98154<br>Phone: 206-624-3600<br>Fax: 206-389-1708<br>Email: ARoundtree@FoxRothschild.com | *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: katie.fairchild@usdoj.gov |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | *Attorneys for Defendants* |
| *s/ Daniel P. Pierce*<br>Carl W. Hampe (Pro Hac Vice)<br>Daniel P. Pierce (Pro Hac Vice)<br>1101 15th Street NW, Suite 700<br>Washington, DC 20005<br>Phone: 202-223-5515<br>Email: dpierce@fragomen.com<br>Email: champe@fragomen.com | I certify that this memorandum contains 206 words, in compliance with the Local Civil Rules. |
| *Attorneys for Plaintiffs* | |

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE 2:22-cv-01675-BJR
PAGE – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 3rd day of May 2023.

_____
BARBARA J. ROTHSTEIN
United States District Judge

JOINT STIPULATION AND
ORDER TO EXTEND DEADLINE 2:22-
cv-01675-BJR
PAGE – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970